UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GEORGE TASSEFF,

          Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

          Defendant.

Case No.: 3:13-CV-263

Magistrate Judge Michael J. Newman
(Consent Case)

## ORDER

      This consent case is before the Court on the Parties' Joint, Unopposed Motion for Remand. Doc. 13. Counsel for both sides request that the Court order a remand of this case for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g), and enter judgment pursuant to Fed. R. Civ. P. 58. *See id.* at 1. For good cause shown, the Parties' Joint, Unopposed Motion is **GRANTED**. Upon remand, the Appeals Council shall vacate the Administrative Law Judge's non-disability decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether or not Plaintiff is disabled within the meaning of the Social Security Act.

      This case is therefore **TERMINATED** upon the Court's docket.

      **IT IS SO ORDERED.**

April 30, 2014                                             s/ **Michael J. Newman**
                                                                            United States Magistrate Judge